UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN CASARES ANDRADE, a/k/a Jose Velasquez Trujillo,<br><br>Petitioner,<br><br>v.<br><br>THOMAS A. LONG,<br><br>Respondent. | CASE NO.   C05-1474-JLR-JPD<br><br>ORDER DISMISSING § 2254 PETITION WITH PREJUDICE |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's federal habeas petition and this action are DISMISSED with prejudice.

(3)   The Clerk is directed to send copies of this Order to petitioner and to Judge Donohue.

DATED this 21st day of November, 2005.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 2254
PETITION WITH PREJUDICE